Benders Landing Estates