IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| THOMAS E. LIPAR; LIPAR GROUP, INC.; LGI LAND, LLC; LGI GP, LLC; LGI DEVELOPMENT; JESSE VALERIANO; JTI CONTRACTORS, INC; and JTI CONSTRUCTION, INC., | § § § § § § | CIVIL ACTION NO. H-10-1904 |
| *Defendants,* | § § § | |
| v. | § § | |
| LISA P. JACKSON. | § | |

## DISCLOSURE STATEMENT

Defendants Thomas E. Lipar, Lipar Group, Inc., LGI Land, LLC and LGI GP, LLC file this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

Defendant LGI GP, LLC's parent company is LGI Holdings, LLC, a Nevada Limited Liability Company. LGI Holdings, LLC is a 100% owner of LGI GP, LLC's membership interest.

No Defendant is a publicly held corporation.

Respectfully submitted,

*/s/ Casey T. Wallace*
Casey T. Wallace
Federal Bar No. 20117
Texas State Bar No. 00795827
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2516
Telecopier: (713) 236-5695

ATTORNEY-IN-CHARGE FOR DEFENDANTS
THOMAS E. LIPAR, LIPAR GROUP, INC., LGI LAND, LLC, AND LGI GP, LLC

OF COUNSEL:

Lawrence D. Finder
Federal Bar No. 602
Texas State Bar No. 07007200
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2006
Telecopier: (713) 547-2600

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing *Disclosure Statement* has been served on all counsel of record, as indicated below, in accordance with the Federal Rules of Civil Procedure on this twelfth day of July 2010.

| | |
|---|---|
| Ms. Heather E. Gange | Ms. Michele L. Walter |
| United States Department of Justice | United States Department of Justice |
| Environmental Defense Section | Environmental Defense Section |
| P.O. Box 23986 | P.O. Box 23986 |
| Washington, D. C. 20026-3986 | Washington, D. C. 20026-3986 |
| E-mail: heather.gange@usdoj.gov | E-mail: michele.walter@usdoj.gov |

*/s/ Casey T. Wallace*
Casey T. Wallace

H-846538_3.DOC