IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| THOMAS E. LIPAR; LIPAR GROUP, INC.; | § | |
| LGI LAND, LLC; LGI GP, LLC; | § | |
| LGI DEVELOPMENT; JESSE VALERIANO; | § | |
| JTI CONTRACTORS, INC; and | § | |
| JTI CONSTRUCTION, INC., | § | CIVIL ACTION NO. H-10-1904 |
| | § | |
| *Defendants,* | § | |
| | § | |
| v. | § | |
| | § | |
| LISA P. JACKSON. | § | |

**DEFENDANTS THOMAS E. LIPAR, LIPAR GROUP, INC.,
LGI LAND, LLC, AND LGI GP, LLC'S INITIAL DISCLOSURES**

Defendants Thomas E. Lipar, Lipar Group, Inc., LGI Land, LLC, and LGI GP, LLC make the following disclosures pursuant to FED. R. CIV. P. 26(a)(1).

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

    Mr. Thomas E. Lipar
    c/o Casey T. Wallace
    Haynes and Boone, LLP
    1221 McKinney, Suite 2100
    Houston, Texas 77010
    Ph. (713) 547-2516

    Thomas E. Lipar is the President and owner of Lipar Group, Inc. Mr. Lipar is also a member of LGI Land, LLC. Mr. Lipar, through his companies, developed Benders Landing Estates and he has information related to the allegations contained within the Original Complaint.

Mr. Eric Lipar
c/o Casey T. Wallace
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
Ph. (713) 547-2516

Eric Lipar is President of LGI Land, LLC and has information related to the allegations contained within the Original Complaint.

Mr. Daniel Trombley
c/o Casey T. Wallace
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
Ph. (713) 547-2516

Mr. Trombley is the Chief Financial Officer of LGI Land, LLC and has information related to the development of Benders Landing Estates.

Mr. Fred "Butch" Alanis
c/o Casey T. Wallace
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
Ph. (713) 547-2516

Mr. Alanis is the Executive Vice President of LGI Land, LLC and has information related to the development of Benders Landing Estates, the Lake Windcrest site, and the allegations contained within the Original Complaint.

Mr. Chris Wren
c/o Casey T. Wallace
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010
Ph. (713) 547-2516

Mr. Wren is Executive Director of Lipar Group, Inc., LGI Land, LLC, and LGI GP, LLC and has information related to the development of Benders Landing Estates, the Lake Windcrest site, and the allegations contained within the Original Complaint.

Mr. James Coody
5219 Spartan
Houston, Texas 77041
Ph. (713) 983-6635

Mr. Coody is a registered professional engineer who conducted analysis on the property known as Benders Landing Estates and concluded the property does not have on it any waters of the United States.

Mr. David J. Klebieko
SSCI
17041 El Camino Real, Suite 200
Houston, Texas 77058

Mr. Klebieko was the Project Manager on the Phase I Environmental Site Assessment performed for the property identified as Benders Landing Estates.

Mr. Douglas W. Jackson
SSCI
17041 El Camino Real, Suite 200
Houston, Texas 77058

Mr. Jackson was the Vice President of SSCI which performed the Phase I Environmental Site Assessment for the property identified as Benders Landing Estates.

Mr. Jesse Valeriano
8412 Wallisville Road
Houston, Texas 77029
Ph. (713) 675-6523

Mr. Valeriano is the owner of JTI Contractors, Inc. and JTI Construction, Inc. and performed services at Benders Landing Estates and has information related to the development of Benders Landing Estates, the Lake Windcrest site, and the allegations contained within the Original Complaint.

Mr. Jim Herrington
Life Scientist
U.S. Environmental Protection Agency, Region 6
Water Quality Protection Division
Blackland Research Center
720 East Blackland Road
Temple, Texas 76502
Ph: (254) 774-6042

Mr. Herrington was involved in the government's investigation and has knowledge of some or all of the allegations in the Original Complaint.

Kimberly Harbour
Special Agent
U.S. Environmental Protection Agency
Criminal Investigation Division
1919 Smith Street, Suite 925
Houston, Texas 77002
Ph: (713) 209-4897

Ms Harbour was involved in the government's investigation and has knowledge of some or all of the allegations in the Original Complaint.

Nicholas Laskowski
Regulatory Specialist
U.S. Army Corps of Engineers, Galveston District
2000 Fort Point Road
Galveston, Texas 77550
Ph: (409) 766-6381

Mr. Laskowski was involved in the government's investigation and has knowledge of some or all of the allegations in the Original Complaint.

Bryan Herczeg
Regulatory Specialist
U.S. Army Corps of Engineers, Galveston District
2000 Fort Point Road
Galveston, Texas 77550
Ph: (409) 766-6381

Mr. Herczeg was involved in the government's investigation and has knowledge of some or all of the allegations in the Original Complaint.

Bruce H. Bennett
Leader, North Evaluation Unit
U.S. Army Corps of Engineers, Galveston District
2000 Fort Point Road
Galveston, Texas 77550
Ph: (409) 766-6381

Mr. Bennett was involved in the government's investigation and has knowledge of some or all of the allegations in the Original Complaint.

       Casey Cutler
       Chief, Compliance Section
       U.S. Army Corps of Engineers, Galveston District
       2000 Fort Point Road
       Galveston, Texas 77550
       Ph: (409) 766-6381

       Casey Cutler was involved in the government's investigation and has knowledge of some or all of the allegations in the Original Complaint.

       Dolan Dunn
       Chief, Regulatory Branch
       U.S. Army Corps of Engineers, Galveston District
       2000 Fort Point Road
       Galveston, Texas 77550
       Ph: (409) 766-6381

       Mr. Dunn was involved in the government's investigation and has knowledge of some or all of the allegations in the Original Complaint.

B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

       See the 54,617 pages of documents produced to the United States in January 2010, Bates labeled LGI-0000001 through LGI-0054617.

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

       Defendants Thomas E. Lipar, Lipar Group, Inc., LGI Land, LLC, and LGI GP, LLC have asserted counterclaims against the United States of America and Lisa P. Jackson in her official capacity.  Defendants seek damages for violation of their due process rights, damages for malicious civil prosecution, damages for defamation, damages for tortious interference with existing contracts and prospective business relations, fees and other costs under the Equal Access to Justice Act, and fees and costs pursuant to the federal Declaratory Judgment Act.

       Defendants have not computed the amount of damages suffered to date but will supplement this response when damages are calculated and computed.

D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

   None.

                    Respectfully submitted,

                    */s/ Casey T. Wallace*
                    Casey T. Wallace
                    Federal Bar No. 20117
                    Texas State Bar No. 00795827
                    1221 McKinney, Suite 2100
                    Houston, Texas 77010-2007
                    Telephone: (713) 547-2516
                    Telecopier: (713) 236-5695

                    ATTORNEY-IN-CHARGE FOR DEFENDANTS
                    THOMAS E. LIPAR, LIPAR GROUP, INC., LGI LAND,
                    LLC, AND LGI GP, LLC

OF COUNSEL:

Lawrence D. Finder
Federal Bar No. 602
Texas State Bar No. 07007200
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
Telephone: (713) 547-2006
Telecopier: (713) 547-2600

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing *Initial Disclosures* has been served on all counsel of record, as indicated below, in accordance with the Federal Rules of Civil Procedure on this twelfth day of July 2010.

| | |
|---|---|
| Ms. Heather E. Gange | Ms. Michele L. Walter |
| United States Department of Justice | United States Department of Justice |
| Environmental Defense Section | Environmental Defense Section |
| P.O. Box 23986 | P.O. Box 23986 |
| Washington, D. C. 20026-3986 | Washington, D. C. 20026-3986 |
| E-mail: heather.gange@usdoj.gov | E-mail: michele.walter@usdoj.gov |

                                                */s/ Casey T. Wallace*
                                                Casey T. Wallace

H-846580_3.DOC