UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

United States of America §
§
versus § Civil Action 4:10-1904
§
Thomas E. Lipar et al. §

Conference Memorandum

Counsel:  
Michele Walter  
Heather Gange  
Casey Wallace  
Larry Finder  
Ryan McConnell  
Andrew Fono  

Representing:  
P: USA  

Ds. Lipar + LGI entities  

Date: 7/29/2010  
Reporter: —  

Started: 3:33 p.m.  
Ended: 4:42 p.m.  

At the conference, these rulings were made:

☑ Order to be entered.  
☐ Trial preparation to be completed by: _____, 201__.  
☑ A pretrial conference is set for: 10:30 a.m. on September 24, 2010.  
☐ A hearing is set for: _____ on _____, 201__.  
☐ A trial is set for: _____ on _____, 201__.  
  ☐ Bench  ☐ Jury (Estimated time at 5.5 hours a day _____).  
☐ Joint Pretrial Order due: _____, 201__.  
☐ Internal review deadline _____, 201__.  

Lynn N. Hughes  
United States District Judge