IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| THOMAS E. LIPAR; LIPAR GROUP, INC.; | § | CIVIL ACTION NO. 4:10-cv-1904 |
| LGI LAND, LLC; LGI GP, LLC; | § | |
| LGI DEVELOPMENT; JESSE VALERIANO; | § | |
| JTI CONTRACTORS, INC; and | § | |
| JTI CONSTRUCTION, INC., | § | |
| | § | |
| *Defendants.* | § | |

**AMENDED MOTION FOR LEAVE TO TAKE
ORAL DEPOSITION OF AL ARMENDARIZ**

1. Defendants ask that the Court allow them to take the oral deposition of Al Armendariz, the recently resigned EPA administrator in the Region 6 Dallas office, for the following reasons:

2. Defendants have long contended that the EPA lacks evidence that Defendants have impacted "waters of the United States," and that they are pursing Defendants for purposes of harassment and to intimidate area developers to blindly follow EPA directives without questioning the veracity of the EPA's assertions.

3. Defendants suspicions were recently validated by Mr. Armendariz, who explained the EPA's strategy of "crucifying" and applying intense "financial pressure" to a few "examples" in order to "conquer" an entire industry. Stated another way, as Defendants have suspected, the EPA's strategy, at the time this lawsuit was filed, was to "make an example out

of people … and hit them as hard as you can" to "deter" others.  *See* Ex. A (http://www.youtube.com/watch?v=yoArEFkDEP8). [1]

4. Defendants believe that deposing Mr. Armendriz, who led EPA Region 6 at the time this action was filed, about the EPA's strategy, will confirm that this lawsuit was filed for the purpose of harassing Defendants and otherwise improperly making an "example" of them and that dismissal and sanctions are appropriate.  For these reasons, Defendants wish to take the deposition of Al Armendariz.

Respectfully submitted,

*/s/ Casey T. Wallace*
Casey T. Wallace
Attorney-in-Charge
State Bar No. 00795827
Southern District Bar No. 20117
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
(713) 547-2516 (telephone)
(713) 236-5695 (facsimile)
casey.wallace@haynesboone.com
ATTORNEY FOR DEFENDANTS
THOMAS E. LIPAR; LIPAR GROUP,
INC.; LGI LAND, LLC; LGI GP, LLC;
and LGI DEVELOPMENT

OF COUNSEL:

Katharine D. David
State Bar No. 24045749
Southern District Bar No. 576771
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
kate.david@haynesboone.com
(713) 547-2069 (Telephone)
(713) 236-2600 (Facsimile)

---

[1] Concurrent with the filing of this motion, Defendants are providing the Court and all parties with a hard copy of the motion and a disk containing Exhibit A.

## CERTIFICATE OF CONFERENCE

Counsel for defendants has in good faith conferred with counsel for the government and they are opposed to the motion and the relief being sought.

>  /s/ Casey T. Wallace
>  Casey T. Wallace

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Amended Motion for Leave to Take Oral Deposition of Al Armendariz has been served on all counsel of record, as indicated below, in accordance with the Federal Rules of Civil Procedure on this 3rd day of May, 2012.

Ms. Heather E. Gange
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
E-mail: heather.gange@usdoj.gov

Ms. Michele L. Walter
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
E-mail: michele.walter@usdoj.gov

Mr. Michael P. Fleming
Michael P. Fleming & Associates, P.C.
440 Louisiana, Suite 1920
Houston, Texas 77002
E-mail: mfleming@flemingattorneys.com

Michael Rowe
United States Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
E-mail: michael.rowe@usdoj.gov

>  /s/ Casey T. Wallace
>  Casey T. Wallace